UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102



www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 23, 2012

Clerk of the Solano County Superior Court-Vallejo-Benicia
321 Tuolumne Street
Vallejo, CA 94590

RE: CV 12-00481 JSW   DEUTSCHE BANK-v-TONY HERRERA
    Your Case Number: (FCM125823)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

()    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Mark Jenkins
Case Systems Administrator

Enclosures
Copies to counsel of record

**RECEIVED**
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO

MAR - 6 2012

By_____
Deputy Court Clerk

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg